1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11                                                    No. 2:23-cv-01498-TLN-KJN

        IN RE:  STEVEN WAYNE BONILLA              No. 2:23-cv-01499-TLN-KJN
12

13                                                    No. 2:23-cv-01502-TLN-KJN

14                                                    No. 2:23-cv-01505-TLN-KJN

15                                                    No. 2:23-cv-01506-TLN-KJN

16                                                    No. 2:23-cv-01507-TLN-KJN

17                                                    No. 2:23-cv-01508-TLN-KJN

18                                                    No. 2:23-cv-01553-TLN-KJN

19                                                    No. 2:23-cv-01555-TLN-KJN

20                                                    No. 2:23-cv-01556-TLN-KJN

21                                                    **ORDER**

22

23

24        Plaintiff is a state prisoner, proceeding without counsel, in these civil actions.  On

25   November 29, 2018, Plaintiff was declared a vexatious litigant in Case No. 2: 18-cv-2544-TLN-

26   KJN.  On June 14, 2023, the undersigned issued an amended vexatious litigant order in Case No.

27   2: 18-cv-2544-TLN-KJN.  Pursuant to the amended vexatious litigant order, all new cases filed

28   by Plaintiff related to his Alameda County conviction will be dismissed and closed.

1

1    Pursuant to the amended vexatious litigant order, the undersigned reviewed the

2  complaints/petitions filed in the cases listed in the caption above.  The Court finds the

3  complaints/petitions filed in the cases listed in the caption above are related to Plaintiff's

4  Alameda County conviction.

5    Accordingly, IT IS HEREBY ORDERED that 2:23-cv-01498, 2:23-cv-01499, 2:23-cv-

6  01502, 2:23-cv-01505, 2:23-cv-01506, 2:23-cv-01507, 2:23-cv-01508, 2:23-cv-01553, 2:23-cv-

7  01555 and 2:23-cv-01556 are DISMISSED; the Clerk of the Court is directed to close these cases;

8  no further filings will be accepted in any of the above referenced cases.

9  Date:  August 8, 2023

10

11

12

13    _____

14    Troy L. Nunley
       United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28